ACCEPTED
01-15-00823-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/15/2015 8:39:18 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-00823-CR

|  |  |  |
|---|---|---|
| | § | FILED IN |
| Juan J. Martinez, | § | IN THE 1st COURT OF APPEALS HOUSTON, TEXAS |
| Appellant, | § | COURT OF APPEALS 12/15/2015 8:39:18 AM |
| | § | CHRISTOPHER A. PRINE |
| v. | § | FOR THE Clerk |
| | § | |
| State of Texas, | § | FIRST JUDICIAL DISTRICT, |
| Appellee. | § | HOUSTON, TEXAS |

## MOTION TO EXTEND TIME TO FILE BRIEF

Appellant, Juan J. Martinez, seeks an extension of time to file his brief in this appeal and in support would show the Court:

Appellant timely perfected appeal from the August 20, 2015 judgment and sentence of the trial court. The record was complete on November 17, 2015, making appellant's brief due December 17, 2015.

Appellant seeks an extension of 45 days to file his brief, making the brief due February 1, 2016. Appellant needs additional time to file his brief because counsel for Appellant has been unable to obtain a complete copy of the record.

Following the filing of the clerk's record on September 29, 2015, counsel requested a copy of the record and was told it would be provided together with the reporter's record when filed. The reporter's record was filed November 17, 2015. Counsel for Appellant requested the record on November 24, 2015, and was informed by the trial court clerk it would be provided by electronic mail. On November 30, 2015, counsel was in Grimes County and picked up a disc with the record. Examination of the disc revealed it only contained the reporter's record and did not include two videos admitted in evidence,

exhibits 12 or 13. The record contained the notation the original exhibits had been delivered to this court at the direction of the trial court.

Additional efforts to obtain a complete record included counsel traveling to Grimes County on December 14, 2015, to obtain a printed copy of the clerk's record. The prosecuting attorney provided a copy of exhibit 12 but exhibit 13 was not available at that time.

Counsel's obligation to review the record necessarily requires access to a copy of the record on appeal. Diligent efforts to obtain the record have not been completely successful and with three days before Appellant's brief is due, counsel has just obtained the clerk's record and is still attempting to secure access to State's exhibit 13. Appellant requests an extension of 45 days to ensure access to, and an opportunity to review, the complete record.

Appellant has requested no previous extensions.

### Prayer

For the reasons set out herein, appellant prays the Court grant an extension to file his brief until February 1, 2016.

Respectfully submitted,

__/s/__Clint Sare_____
Clint F. Sare
Tex. Bar No. 00788354
P.O. Box 1694
Bryan, Texas 77806
(979) 822-1505

Attorney for appellant
Juan J. Martinez

**Certificate of Service**

      I certify a copy of appellant's Motion to Extend Time to File Brief was served on Tuck McClain, P.O. Box 599, Anderson, by fax on December 14, 2015.

                            __/s/_Clint Sare_____
                            Clint F. Sare